1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for RHONDA POOLE
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | RHONDA POOLE,                              | CASE NO.:   2:11-CV-00912-KJN
11 |                                            |
12 |                              Plaintiff,    | Stipulation and Order Extending Time to File and Serve Motion
13 | vs.                                        |
14 | Michael J. Astrue, Commissioner of Social Security, |
15 |                              Defendant.    |

16

17     IT IS HEREBY STIPULATED by and between the parties, through their respective
18 undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's
19 time to file a motion for summary judgment in the above-referenced case is hereby extended to the
20 new filing date of October 17, 2011. The extension is needed due to plaintiff's attorney's
21 miscalendaring and press of business in plaintiff's attorney's office.

This is the 1st request for extension by plaintiff.

Dated: 9/30/11                            /s/Peter Brixie
                                          PETER BRIXIE
                                          Attorney for Plaintiff

Dated:
                                    By:   /s/Elizabeth Barry

                                          ELIZABETH BARRY
                                          Social Security
                                          Attorney for Defendant

__ooo__

**ORDER**

The stipulation of the parties (Dkt. No. 14) is HEREBY APPROVED.  Plaintiff shall have until October 17, 2011, to file a motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED:  10/3/11


                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE