1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12 RHONDA POOLE,                       )
                                       )   Case No. CIV-2:11-cv-00912 KJN
13            Plaintiff,               )
                                       )   STIPULATION AND ~~PROPOSED~~ ORDER
14     v.                              )   FOR A FIRST EXTENSION FOR
                                       )   DEFENDANT TO FILE NOTICE, MOTION,
15 COMMISSIONER OF                     )   AND MEMORANDUM IN SUPPORT OF
   SOCIAL SECURITY,                    )   CROSS-MOTION FOR SUMMARY
16                                     )   JUDGMENT AND IN OPPOSITION TO
              Defendant.               )   PLAINTIFF'S MOTION FOR SUMMARY
17 _____ )   JUDGMENT

18

19
       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
20
   of the Court, that Defendant shall have a 30-day extension, or until December 16, 2011, in which to file
21
   his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
22
   Opposition to Plaintiff's Motion for Summary Judgment.
23
       This is Defendant's first request for an extension of time in this matter.
24
                                              Respectfully submitted,
25
   Dated: November 16, 2011            */s/ Peter Brixie*
26                                     (as authorized via e-mail)
                                       PETER BRIXIE
27                                     Attorney for Plaintiff

28

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: November 16, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The parties' stipulation (Dkt. No. 17) is HEREBY APPROVED. The court's scheduling order shall be modified accordingly.

DATED: November 16, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2