1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8

9  Attorneys for Defendant

10                 **UNITED STATES DISTRICT COURT**
                   **EASTERN DISTRICT OF CALIFORNIA**

11                     **SACRAMENTO DIVISION**

12  RHONDA POOLE,                    )
                                     )   Case No.  CIV-2:11-cv-00912 KJN
13              Plaintiff,           )
                                     )   STIPULATION AND ~~PROPOSED~~ ORDER
14      v.                           )   FOR A FIRST EXTENSION FOR
                                     )   DEFENDANT TO FILE NOTICE, MOTION,
15  COMMISSIONER OF                  )   AND MEMORANDUM IN SUPPORT OF
    SOCIAL SECURITY,                 )   CROSS-MOTION FOR SUMMARY
16                                   )   JUDGMENT AND IN OPPOSITION TO
                Defendant.           )   PLAINTIFF'S MOTION FOR SUMMARY
17                                   )   JUDGMENT
    _____)
18

19

20          IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

21  of the Court, that Defendant shall have a 30-day extension, or until December 16, 2011, in which to file

22  his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

23  Opposition to Plaintiff's Motion for Summary Judgment.

            This is Defendant's first request for an extension of time in this matter.
24

25                                        Respectfully submitted,

26  Dated: November 16, 2011            */s/ Peter Brixie*
                                        (as authorized via e-mail)
27                                      PETER BRIXIE
                                        Attorney for Plaintiff

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BENJAMIN WAGNER
United States Attorney

Dated: November 16, 2011          By /s/ Elizabeth Barry
                                  ELIZABETH BARRY
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant


ORDER

The parties' stipulation (Dkt. No. 17) is HEREBY APPROVED.  The court's scheduling order shall be modified accordingly.

DATED:  November 16, 2011


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE