1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12 RHONDA POOLE,                  )
                                  )
13              Plaintiff,        )  Case No.  CIV-2:11-cv-00912 KJN
                                  )
14         v.                     )  STIPULATION AND PROPOSED ORDER
                                  )  FOR A SECOND EXTENSION FOR
15 COMMISSIONER OF                )  DEFENDANT TO FILE NOTICE, MOTION,
   SOCIAL SECURITY,               )  AND MEMORANDUM IN SUPPORT OF
16                                )  CROSS-MOTION FOR SUMMARY
                Defendant.        )  JUDGMENT AND IN OPPOSITION TO
17                                )  PLAINTIFF'S MOTION FOR SUMMARY
   _____)  JUDGMENT
18

19
       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
20
   of the Court, that Defendant shall have a 30-day extension, or until January 17, 2012, in which to file his
21
   Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
22
   Opposition to Plaintiff's Motion for Summary Judgment.
23
       This is Defendant's second request for an extension of time in this matter.
24
                                      Respectfully submitted,
25
   Dated: December 15, 2011            /s/ Peter Brixie
26                                     (as authorized via e-mail)
                                       PETER BRIXIE
27                                     Attorney for Plaintiff

28

|   |   |
|---|---|
| Dated: December 15, 2011 | BENJAMIN WAGNER<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The parties' stipulation (Dkt. No. 19) is HEREBY APPROVED.  The court's scheduling order shall be modified accordingly.

DATED:  December 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE