```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
 7      Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RHONDA POOLE, ) | |
| Plaintiff, ) | Case No. CIV-2:11-cv-00912 KJN |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| COMMISSIONER OF ) SOCIAL SECURITY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 17, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: December 15, 2011     */s/ Peter Brixie*
                             (as authorized via e-mail)
                             PETER BRIXIE
                             Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER<br>United States Attorney |
| Dated: December 15, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

<u>ORDER</u>

The parties' stipulation (Dkt. No. 19) is HEREBY APPROVED. The court's scheduling order shall be modified accordingly.

DATED: December 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE