1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4
   Attorney for RHONDA POOLE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RHONDA POOLE, | CASE NO.:   2:11-CV-00912-KJN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND DOLLARS AND ZERO CENTS ($4,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order of EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that

EAJA Stipulation & Order for Rhonda Poole

Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Peter Brixie, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of the Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: October 24, 2012  By:  /s/ Peter Brixie  
PETER BRIXIE  
Attorney for Plaintiff

Dated: October 24, 2012  By:  /s/ Elizabeth Barry  
(as authorized via email)  
ELIZABETH BARRY  
Special Assistant U. S. Attorney Office  
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND DOLLARS AND ZERO CENTS ($4,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 26, 2012

_____  
KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE